IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Angelo S. Tullo,<br><br>        Defendant. | CR 04-539-1-PHX-MHM<br><br>**ORDER** |

        Upon Motion to Clarify/Modify Terms of Probation, and good cause appearing,

        IT IS ORDERED granting the Motion to Clarify/Modify Terms of Probation to allow Defendant Angelo Tullo association with Margaret Molter and waive any mandatory requirement for drug testing from the Terms of Probation.

        DATED this 5th day of November, 2008.

_____
Mary H. Murgula
United States District Judge